

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                      |   |                          |
|----------------------|---|--------------------------|
|                      | § |                          |
|                      | § |                          |
| IN RE:               |   | No. 08-19-00234-CV       |
|                      | § |                          |
| RALPH NICHOL, JR.,   |   | AN ORIGINAL PROCEEDING   |
|                      | § |                          |
| Relator.             |   | IN MANDAMUS              |
|                      | § |                          |
|                      | § |                          |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Angie Juarez Barill, Judge of the 346th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore order the trial court to vacate its order of September 13, 2019, in accordance with the opinion of this Court. The writ of mandamus will not issue unless Respondent fails to comply with this opinion within a reasonable period of time.

IT IS SO ORDERED THIS 20TH DAY OF SEPTEMBER, 2019.

GINA M. PALAFOX, Justice

Before Palafox, J., Barajas, C.J. (Senior Judge), and Larsen, J. (Senior Judge)
Barajas, C.J. (Senior Judge), sitting by assignment
Larsen, J. (Senior Judge), sitting by assignment